UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION          14-MD-2543

*This Document Relates To:*                                                        ORDER
*Postley v. General Motors LLC, 20-CV-3732*
------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On February 24, 2022, the parties filed a joint letter with proposals for next steps in this case. *See* ECF No. 8714. Plaintiff also included in her proposal a purported expert report, which New GM asks the Court to strike. *See id.* at 1-2.

New GM's proposal is hereby adopted. New GM's motion for summary judgment shall be due **April 7, 2022**. Plaintiff's opposition shall be due **May 5, 2022**. Any reply shall be due **June 2, 2022**. The Court will decide what weight, if any, to give Plaintiff's purported expert report at the time the summary judgment motion is decided. Finally, the Court believes the parties may be able to resolve this matter without further Court intervention. To that end, the parties are ordered to continue discussing settlement.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 28, 2022
       New York, New York
                                                JESSE M. FURMAN
                                             United States District Judge